# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 11-1141**                                                       **September Term, 2013**

EPA-76FR15554
EPA-78FR7488

**Filed On:** January 31, 2014

American Chemistry Council,
        Petitioner

    v.

Environmental Protection Agency,
        Respondent

------------------------------

American Forest & Paper Association, et al.,
        Intervenors

------------------------------

Consolidated with 11-1156, 11-1182, 11-1207, 11-1208, 13-1105, 13-1107

      **BEFORE:**    Tatel and Brown, Circuit Judges

## O R D E R

Upon consideration of the joint motion to set briefing format and schedule, it is

**ORDERED** that the following briefing format and schedule shall apply:

| | |
|---|---|
| Industry Petitioners' Brief (not to exceed 11,200 words) | April 11, 2014 |
| Environmental Petitioners' Brief (not to exceed 11,200 words) | April 11, 2014 |
| Petitioner Julander's Brief (not to exceed 2,800 words) | April 11, 2014 |
| Respondent's Brief (not to exceed 25,200 words) | July 10, 2014 |
| Industry Intervenor-Respondents' Brief (not to exceed 7,000 words) | August 11, 2014 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 11-1141**                                              **September Term, 2013**

| | |
|---|---|
| Environmental Intervenor-Respondents' Brief (not to exceed 7,000 words) | August 11, 2014 |
| Industry Petitioners' Reply Brief (not to exceed 5,600 words) | August 25, 2014 |
| Environmental Petitioners' Reply Brief (not to exceed 5,600 words) | August 25, 2014 |
| Petitioner Julander's Reply Brief (not to exceed 1,400 words) | August 25, 2014 |
| Deferred Appendix | September 8, 2014 |
| Final Briefs | September 22, 2014 |

The parties will be notified by separate order of the oral argument date and composition of the merits panel. The court reminds the parties that

> In cases involving direct review in this court of administrative actions, the brief of the appellant or petitioner must set forth the basis for the claim of standing. . . . When the appellant's or petitioner's standing is not apparent from the administrative record, the brief must include arguments and evidence establishing the claim of standing.

See D.C. Cir. Rule 28(a)(7).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

**Per Curiam**